Argued and submitted July 21, reversed August 11, 2004

In the Matter of James Dezort,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

JAMES DEZORT,
*Appellant.*

0305-64688; A121658

95 P3d 754

Kirkland T. Roberts argued the cause and filed the brief for appellant.

Denise G. Fjordbeck, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Ortega, Judges.

PER CURIAM

**PER CURIAM**

In this civil commitment proceeding, appellant assigns error to the trial court's determination that the state proved by clear and convincing evidence that appellant was a danger to himself. *See* ORS 426.005(1)(d)(A). The state concedes that the evidence is insufficient and, based on our review of the record and *State v. Webb*, 186 Or App 404, 63 P3d 1258 (2003), we accept that concession.

Because we reverse on that ground, we need not address appellant's assignment of error concerning whether he was entitled to be physically present at the commitment hearing.

Reversed.